**No. 10-10041. Buford O'Neal Furrow, Jr., Petitioner v. Harley G. Lappin, Director, Federal Bureau of Prisons, et al.**

564 U.S. 1008, 131 S. Ct. 2999, 180 L. Ed. 2d 829, 2011 U.S. LEXIS 4427.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 393 Fed. Appx. 398.

**No. 10-10043. Maurice Graves, Petitioner v. A. J. Padula, Warden.**

564 U.S. 1008, 131 S. Ct. 3000, 180 L. Ed. 2d 829, 2011 U.S. LEXIS 4443.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 394 Fed. Appx. 978.

**No. 10-10053. Eric Gearod Scarlett, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

564 U.S. 1008, 131 S. Ct. 3000, 180 L. Ed. 2d 829, 2011 U.S. LEXIS 4382.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 404 Fed. Appx. 394.

**No. 10-10059. Jerry Elster, Petitioner v. California Board of Parole Hearings, et al.**

564 U.S. 1008, 131 S. Ct. 3000, 180 L. Ed. 2d 829, 2011 U.S. LEXIS 4404.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10079. Kent Wesley Kafatia, Petitioner v. United States District Court for the Central District of California, et al.**

564 U.S. 1009, 131 S. Ct. 3014, 180 L. Ed. 2d 829, 2011 U.S. LEXIS 4491.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10105. Ariel Bermudez, Petitioner v. New Jersey.**

564 U.S. 1009, 131 S. Ct. 3000, 180 L. Ed. 2d 829, 2011 U.S. LEXIS 4429.

June 13, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-10127. Ali Partovi, Petitioner v. United States.**

564 U.S. 1009, 131 S. Ct. 3000, 180 L. Ed. 2d 829, 2011 U.S. LEXIS 4383,

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 409 Fed. Appx. 355.

**No. 10-10135. Carl W. Steward, Petitioner v. United States.**

564 U.S. 1009, 131 S. Ct. 3001, 180 L. Ed. 2d 829, 2011 U.S. LEXIS 4541.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 770.